IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>MAXIM SIEGEL<br>ANGELA JONES,<br><br>        Debtors. | 4:08CV3212<br><br>Chapter 13<br>Case No. 07-42397 |

Before the court is the debtors' Emergency Motion for Stay Pending Appeal, Filing No. 4. After considering the matter, the debtors' motion is denied.

SO ORDERED.

DATED this 5th day of November, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge