IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | 4:08CV3212 |
| MAXIM SIEGEL | ) | |
| ANGELA JONES, | ) | ORDER |
| | ) | |
| Debtors. | ) | |

This matter is before the court on its own motion. The record shows that the Clerk of the United States Bankruptcy Court certified that the appellant filed a notice of appeal on September 14, 2008, and thereafter failed to file a designation pursuant to Rule 8006. Filing No. 2. On December 5, 2008, this court ordered the appellants to show cause why this case should not be dismissed for failure to perfect an appeal. Filing No. 6. Appellants have not responded. Accordingly, the court finds dismissal of the appeal is appropriate. *See* Fed. R. Bankr. P. 8001(a); *In re Hawkins,* 2008 WL 4506910, *2 (2d Cir. Oct. 7, 2008); *In re SPR Corp.,* 45 F.3d 70, 72 (4th Cir. 1995); *In re Fitzsimmons*, 920 F.2d 1468, 1470-71 (9th Cir. 1990).

IT IS ORDERED that this appeal is dismissed.

DATED this 3rd day of February, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge